# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>ROBIN PERRY,<br><br>         Defendant. | Case No.: 2:22-cr-00288-APG-DJA<br><br>**ORDER ADVANCING HEARING** |

I am informed that defendant Robin Perry was arrested yesterday as a result of a dispute with her roommate that resulted in violence. The roommate dispute is on-going, and the roommate has now locked Perry out of the residence. Thus, Perry apparently is unable to retrieve her personal effects and the Probation Office's breathalyzer equipment from the residence.

I delayed the sentencing portion of the revocation hearing to allow Perry to retrieve her personal items and arrange for pet care before she self-surrenders. Given that Perry has lost access to her residence, it appears there is no longer a need to delay sentencing.

I THEREFORE ORDER that the August 10, 2023 continued revocation hearing is advanced to **Thursday, June 29, 2023 at 9:00 a.m.** Ms. Perry should be prepared to self-surrender to custody at that time unless she can convince me why further delay is necessary.

DATED THIS 26th day of June, 2023.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE